Kanenson, Appellant, *v.* Mutual of Omaha
Insurance Company.

Argued April 22, 1971. Before BELL, C. J., JONES,
EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Milton B. Riskin,* with him *McFadden, Riskin and
Huston,* for appellant.

*John F. Oldt,* with him *Fox, Oldt & Hambrook,* for
appellee.

OPINION PER CURIAM, March 20, 1972:
Decree affirmed; costs on appellant.
The former Mr. Chief Justice BELL and the former
Mr. Justice BARBIERI took no part in the decision of
this case.